**UNITED STATES DISTRICT COURT**
**THE SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | |
|---|---|
| **IN RE: DAVOL, INC./C.R. BARD, INC., POLYPROPYLENE HERNIA MESH PRODUCTS LIABILITY LITIGATION** | **Case No. 2:18-md-2846**<br><br>**Judge Edmund A. Sargus, Jr.**<br>**Magistrate Judge Kimberly A. Jolson** |
| **This document relates to:**<br>*Holley v. Davol, Inc., et al.*<br>**Case No. 2:21-cv-4189** | |

## ORDER

On February 16, 2024, after Plaintiff's counsel filed a Notice of Suggestion of Death (ECF No. 3), the Court ordered Plaintiff's counsel to file a motion to substitute a proper party within thirty days or this case would be dismissed. (ECF No. 4.) No motion to substitute has been filed. Accordingly, this case is **DISMISSED WITHOUT PREJUDICE**.

    **IT IS SO ORDERED.**


**4/3/2024**                                    **s/Edmund A. Sargus, Jr.**
**DATE**                                        **EDMUND A. SARGUS, JR.**
                                                         **UNITED STATES DISTRICT JUDGE**